JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB ADAM CASTRO,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>M. EVANS, Warden,<br><br>　　　　　Respondent. | Case No. CV 05-8083-ODW (OP)<br><br>J U D G M E N T |

　　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ADJUDGED that Judgment be entered (1) approving and adopting this Report
2  and Recommendation; (2) and directing that Judgment be entered denying the
3  Petition and dismissing this action with prejudice.

6  DATED: 1-28-08

HONORABLE OTIS D. WRIGHT, II
United States District Judge

9  Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge